## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| A. Aheen Holmes, | Civil No.:  12cv1823 (PJS/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| North Memorial & Timminnhann, Anthony A. Schamacher, and Thomas Timmon, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's Application To Proceed *In Forma Pauperis*, (Docket No. 2), be **DENIED**; and

2.  This action be **DISMISSED WITHOUT PREJUDICE**.


Dated:  2/12/13

                                                    s/Patrick J. Schiltz
                                                    Patrick J. Schiltz
                                                    U.S. District Judge